ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MISC 12 0431

Kaheem Freeman

        Plaintiff,

-against-

USA

        Defendant(s).

NOTICE OF MOTION

\_\_\_\_CV\_\_\_\_ ( )

MANN. M.J.

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of _Kaheem Freeman_, sworn to or affirmed _June 28_, 20_12_ ~~and upon the complaint herein,~~ plaintiff will move this Court, _____, U.S.D.J., in room \_\_\_, United States Courthouse, Brooklyn, New York 11201, on the \_\_\_ day of _____, 20\_\_\_, at _____ or as soon thereafter as ~~counsel~~ _pro se plaintiff_ can be heard, for an order pursuant to ~~Rule _____ of~~ the Federal Rules of Civil Procedure granting _my motion to seal and/or expunge the criminal case record in USA v. Freeman 01-CR-00511-RLM-1_

Dated: 6/28/12

Plaintiff Pro Se

Signature

Kaheem Freeman
Print Name

114-16 140th Street
Address

Jamaica, NY 11436

(678) 361-8448 / (718) 288-6915
Phone #

RECEIVED
JUN 28 2012
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
Kaheem Freeman                      :
                                    :
            Plaintiff,              :     AFFIDAVIT/AFFIRMATION
                                    :
    -against-                       :     ____CV____(   )
                                    :
USA                                 :
            Defendant(s).           :
_____X

STATE OF NEW YORK        )
COUNTY OF Queens, NY     ) ss.:

RECEIVED JUN 28 2012 PRO SE OFFICE

I, Kaheem Freeman, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, Kaheem Freeman, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order granting my motion to seal and/or expunge the record case number 01-CR-00511-RLM-1 The reason why I am entitled to the relief I seek is the following: please see next page

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this
day of _____, 20___

_____
Notary Public

_____
Signature

_____
Print Your name
Plaintiff Pro Se

I feel as if I have repaid my debt to society and then some. I made a mistake as an 18-year old. I surrendered myself when the case was taking place. I showed up to all of my court visits. I never missed a restitution payment. I complied with all the instructions given to me by my probation officer(s) ~~of the~~ during my probation period. I never failed a drug test. To this day I don't smoke cigarettes or marijuana. And I have never drank alcohol. But still I am haunted by my past as I try to progress in my future. I have gotten fired from a few jobs upon a thorough look into my background. I have gotten turned away from plenty of promising prospects due to my background. I have not gotten into any criminal or legal issues since the close of this case. I want to live life as a model American citizen. My last contracted employer almost ran into problems when it came to hiring me. They suggested that I go about having my record expunged as soon as possible. I took the initiative upon myself to fly from a near by city and tend to this business right away. Please consider expunging my record so that I can obtain the bright future that awaits me.

I can provide many references if needed. I have a lot of wonderful people that want to see ~~my~~ me prosper.

Thanks!

Kaheem Freeman
6/28/12

---

OR: I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/28/12__                              _____
                                                     Signature
                                                     Plaintiff Pro Se

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- X
    Kaheem Freeman :
        Plaintiff, :
         : Affirmation of Service
  -against- :
         : _____CV_____ (    )
    USA :
        Defendants. :
         :
----------------------------------- X

I, __Kaheem Freeman__, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon __USAO__

whose address is: __271 Cadman Plaza East - 4th Floor__
__Brooklyn, NY 11201__.

Dated: __6/28/12__
    , New York

__/s/__
Signature

__114-16 140th Street__
Address

__Jamaica, NY 11436__
City, State & Zip Code

__(678) 361-8448 / (718) 285-6915__
Telephone

RECEIVED
JUN 28 2012
PRO SE OFFICE